UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 5:14-cr-00003 JLT |
| Plaintiff. | ) ) | PRETRIAL ORDER |
| v. | ) ) | ORDER CONTINUING TRIAL ONE DAY |
| DAVID YOUNG, | ) ) | |
| Defendant. | ) ) | |

**1.  Trial Date**

Trial has been set on November 18, 2014 at 8:30 a.m. at the United States Courthouse, 510 19th Street, Bakersfield, CA before United States Magistrate Judge, Jennifer L. Thurston.  However, good cause appearing, the matter will be **CONTINUED** one day, to **November 19, 2014** at 8:30 a.m.

**2.  Trial Confirmation Hearing**

Counsel are ordered to appear for a trial confirmation hearing on **November 4, 2014** at 9:00 a.m.

**3.  In Limine and Other Pretrial Motions**

The parties, no later than **October 24, 2014**, shall file and serve in limine or pretrial motions. The parties, no later than **October 31, 2014**, shall file and serve any opposition or response to further in limine or pretrial motions. The parties shall not file reply papers, unless this Court orders otherwise. This Court will conduct a hearing on in limine or pretrial motions on **November 7, 2014** at 10:30 a.m.

1  Telephonic appearances are authorized and encouraged.  If counsel decide to appear via telephone,
2  they SHALL determine who will arrange and originate the conference call. Once all counsel are on the
3  conference call, the call will then be placed to Courtroom Deputy Clerk, Susan Hall at (661) 321-3821,
4  for connection with the Court.

**4.    Proposed Jury Voir Dire**

The parties, no later than **November 14, 2014**, shall file and serve proposed jury voir dire examination questions.

**5.    Witness Lists**

The parties, no later than **November 14, 2014**, shall file and serve their respective lists of all witnesses, including those which the parties may reasonably be expected to call as rebuttal witnesses.

**6.    Proposed Jury Instructions and Verdict Form**

The parties shall serve their proposed jury instructions and verdict form on one another no later than **October 24, 2014**.  The parties shall conduct a conference to address their proposed jury instructions and verdict form no later than **October 31, 2014**. At the conference, the parties **SHALL** attempt to reach agreement on jury instructions and verdict form for use at trial. The parties shall jointly file and all agreed-upon jury instructions and verdict form no later than **November 7, 2014**, and identify such as the agreed-upon jury instructions and verdict forms.

If and only if, the parties after genuine, reasonable and good faith effort cannot agree upon certain specific jury instructions and verdict form, the parties shall file and serve their respective proposed (disputed) jury instructions and verdict form no later than **November 7, 2014**, and identify such as the disputed jury instructions and verdict forms.

All jury instructions and verdict forms shall indicate the party submitting the instruction or verdict form (i.e., joint, plaintiff's, defendant's, etc.), the number of the proposed instruction in sequence, a brief title for the instruction describing the subject matter, the complete text of the instruction, and the legal authority supporting the instruction.

All proposed jury instructions and verdict forms described above (whether agreed or disputed) shall be e-mailed as in Word to JLTOrders@caed.uscourts.gov no later than **November 7, 2014**.  Jury instructions will not be given unless they are so e-mailed to the Court. The Court will not accept a

2

mere list of numbers of form instructions from the Ninth Circuit Model Jury Instructions, CALCRIM, CALJIC or other instruction forms. The proposed jury instructions and verdict forms must be in the form and sequence which the party desires to be given to the jury. All blanks and bracketed portions to form jury instructions must be completed or omitted as desired.

Ninth Circuit Model Jury Instructions SHALL be used where the subject of the instruction is covered by a model instruction. Otherwise CALCRIM or CALJIC instructions SHALL be used where the subject of the instruction is covered by CALCRIM or CALJIC. All instructions shall be short, concise, understandable, and neutral and accurate statements of the law. Argumentative or formula instructions will not be given and must not be submitted.  The parties shall designate, by italics or underlining, any modification of instructions from statutory or case authority, or any pattern instruction, such as the Ninth Circuit Model Jury Instructions, CALCRIM, CALJIC or any other source of pattern instructions, and must specifically state the modification made to the original form instruction and the legal authority supporting the modification.

No later than **November 12, 2014**, the parties shall file and serve written objections to disputed jury instructions and verdict form proposed by another party. All objections shall be in writing, set forth specifically the objectionable matter in the proposed instruction or verdict form, and include a citation to legal authority explaining the grounds for the objection and why the instruction or verdict form is improper. A concise argument concerning the instruction or verdict form may be included. Where applicable, the objecting party shall submit an alternative proposed instruction or verdict form covering the subject or issue of law.

**7.    Trial Exhibits**

The parties shall pre-mark their respective exhibits and submit an original and two copies of their pre-marked exhibits to the clerk's office no later than **November 17, 2014**. Failure to comply with all provisions of this order may be grounds for imposition of sanctions on counsel or parties who disobey or cause noncompliance with this order.

**8.    Notice of Insanity Defense**

According to Federal Rules of Criminal Procedure 12.2, no later than **October 24, 2014**, the Defendant is ORDERED to notify the government in writing if he intends to assert the defense of

3

insanity.

IT IS SO ORDERED.

Dated: **September 11, 2014**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE